# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| FLAGSTAR BANK, FSB | : No. 85 MM 2015 |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| BRIAN D. WAMPOLE AND TAMMY L. WAMPOLE | : |
| | : |
| | : |
| PETITION OF: BRIAN D. WAMPOLE | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.